UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-33491 |
| | ) | |
| Allen P. Thomas | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the Motion To Extend the Automatic Stay, the Court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. The motion is granted.
2. Pursuant to 11 U.S.C section 362(c)(3), the automatic stay is hereby extended as to all creditors until such time as any given creditor obtains relief therefrom after notice and a hearing.

Enter:

*Jacqueline Cox*

United States Bankruptcy Judge

Dated: DEC 1 0 2018

**Prepared by:**
Geraci Law, L.L.C.
55 E. Monroe St., Suite 3400
Chicago, IL 60603

Rev: 20170105_bko